IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DANIEL RAMIRO GALVEZ and ROSAMARIA GALVEZ,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| V. | ) )   CIVIL ACTION NO. SA-18-CA-158-FB ) |
| **JP MORGAN CHASE BANK N.A., and BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP,** | ) ) ) ) |
| **Defendants.** | ) ) |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal With Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss for Failure to State a Claim (docket #4) and Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss for Failure to State a Claim (docket #5) are GRANTED such that plaintiffs' claims against defendants are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 23rd day of March, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE